UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON GODFREY,<br>  Plaintiff,<br>  v.<br>OAKLAND POLICE DEPARTMENT,<br>  Defendant. | Case No. 17-cv-06560-KAW<br><br>**ORDER TO SHOW CAUSE** |

On November 13, 2017, Plaintiff Lavon Godfrey filed this suit against Defendant Oakland Police Department, asserting a 42 U.S.C. § 1983 claim. (Compl., Dkt. No. 1.) On February 26, 2018, Defendant filed a motion to dismiss, on the ground that Plaintiff failed to identify an official policy or custom to support a *Monell* claim, and because negligence and intentional tort claims are not enforceable under § 1983. (Dkt. No. 7.) On March 29, 2018, the Court granted Defendant's motion to dismiss, finding that Plaintiff had failed to identify a policy or custom, or to allege adequate facts in support of any such policy or custom. (Dkt. No. 18 at 4.) The Court also found that Plaintiff's § 1983 claim failed to the extent it was based on state tort or negligence claims. (*Id.*) The Court gave Plaintiff leave to amend her complaint, and required that any amended complaint be filed by April 30, 2018. (*Id.* at 5.) The Court warned that "[f]ailure to timely file an amended complaint that complies with this order may result in the dismissal of this action."

As of the date of this order, Plaintiff has not filed an amended complaint. Therefore, Plaintiff is ordered, on or before **May 29, 2018**, to 1) file an amended complaint that corrects the deficiencies identified by the Court's March 29, 2018 order, and 2) respond to this order to show cause by explaining why she did not file a timely amended complaint.

Failure to complete both tasks by May 25, 2018 will result in the Court dismissing

Plaintiff's complaint without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: May 9, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge