UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON GODFREY,<br>            Plaintiff,<br>    v.<br>OAKLAND POLICE DEPARTMENT,<br>            Defendant. | Case No. 17-cv-06560-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On November 13, 2017, Plaintiff Lavon Godfrey filed this suit against Defendant Oakland Police Department, asserting a 42 U.S.C. § 1983 claim. (Compl., Dkt. No. 1.) On February 26, 2018, Defendant filed a motion to dismiss, on the ground that Plaintiff failed to identify an official policy or custom to support a *Monell* claim, and because negligence and intentional tort claims are not enforceable under § 1983. (Dkt. No. 7.) On March 29, 2018, the Court granted Defendant's motion to dismiss, finding that Plaintiff had failed to identify a policy or custom, or to allege adequate facts in support of any such policy or custom. (Dkt. No. 18 at 4.) The Court also found that Plaintiff's § 1983 claim failed to the extent it was based on state tort or negligence claims. (*Id.*) The Court gave Plaintiff leave to amend her complaint, and required that any amended complaint be filed by April 30, 2018. (*Id.* at 5.) The Court warned that "[f]ailure to timely file an amended complaint that complies with this order may result in the dismissal of this action."

Plaintiff did not file her amended complaint. On May 9, 2018, the Court issued an order to show cause, ordering Plaintiff to: "1) file an amended complaint that corrects the deficiencies identified by the Court's March 29, 2018 order, and 2) respond to this order to show cause by explaining why she did not file a timely amended complaint." (Dkt. No. 20 at 1.) Plaintiff's response was due by May 29, 2018. The Court warned that failure to complete both tasks would

result in the Court dismissing Plaintiff's complaint without prejudice for failure to prosecute.

As of the date of this order, Plaintiff has signed a stipulation selecting an ADR process, which would suggest Plaintiff intends to prosecute the case. Plaintiff, however, has not filed an amended complaint or responded to the May 9, 2018 order to show cause. Therefore, Plaintiff is ordered, on or before **July 3, 2018**, to 1) file an amended complaint that corrects the deficiencies identified by the Court's March 29, 2018 order, and 2) respond to this order to show cause by explaining why she did not file a timely amended complaint and response to the May 9, 2018 order to show cause.

Failure to complete both tasks by July 3, 2018 **will** result in the Court dismissing Plaintiff's complaint without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: June 14, 2018

KANDIS A. WESTMORE
United States Magistrate Judge